UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 23-2358 JGB (SHKx) | Date | February 9, 2024 |
|---|---|---|---|
| Title | *Kevin Cox v. Silver Lake Partnership LLC, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause re Dismissal for Failure to Prosecute
                   (IN CHAMBERS)

On November 17, 2023, Plaintiff Kevin Cox ("Plaintiff") filed a complaint against Defendants Silver Lake Partnership LLC, Horst Max Wolfram, and Does 1 through 10 (collectively, "Defendants"). ("Complaint," Dkt. No. 1.) On January 4, 2024, Plaintiff served the summons and Complaint on Defendants Silver Lake Partnership LLC and Horst Max Wolfram—accordingly, those Defendants' answers were due no later than January 25, 2024. (Dkt. Nos. 13-14.) To date, neither Defendant Silver Lake Partnership LLC nor Defendant Horst Max Wolfram has answered the Complaint. Plaintiff has not filed a request for entry of default as to either of those Defendants.

Federal Rule of Civil Procedure 41(b) grants the Court authority to *sua sponte* dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, it appears that Plaintiff has failed to prosecute the case with reasonable diligence because he has failed to request an entry of default as to Defendants Silver Lake Partnership LLC and Horst Max Wolfram for two weeks.

Accordingly, the Court **ORDERS** Plaintiff, **on or before February 16, 2024,** to request an entry of default as to Defendants Silver Lake Partnership LLC and Horst Max Wolfram or to show cause in writing as to why he has not requested an entry of default. Failure to comply with

this order may result in dismissal of the action. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.

**IT IS SO ORDERED.**